UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

WYATT NEWSOME                              Case No. 09-40946-SWR
                                          Chapter 7
                                          Honorable Steven W. Rhodes

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO:  CLERK OF THE COURT**

     The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).  The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| AT&T/Cingular<br>P.O. Box 5416<br>Carol Stream, IL  60197-6416 | 10 | $123.29 |

Dated:  April 20, 2010                  /s/ Charles L. Wells, III
                                       Chapter 7 Trustee
                                       903 N. Opdyke, Ste. A1
   Auburn Hills, MI  48326
   248-276-0285
   7trusteewells@sbcglobal.net